**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

In the Matter of Marie Therese Assa'ad-Faltas, M.D., MPH, Petitioner.

Appellate Case No. 2016-002541

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
Alison Renee Lee, Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-016
Submitted September 26, 2017 – Filed October 4, 2017

---

**AFFIRMED**

---

Orin Gail Briggs, of Lexington, for Petitioner.

Attorney General Alan McCrory Wilson, of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' dismissal of Petitioner Marie Therese Assa'ad-Faltas's appeal. The trial court denied Petitioner's request for reimbursement of defense expenses under the South Carolina Defense of Indigents Act. Having carefully reviewed Petitioner's

numerous submissions, we affirm the circuit court's denial of Petitioner's motion pursuant to Rule 220(b)(1), SCACR.

Further, the motion of Mr. Briggs to be relieved as counsel is hereby granted.

**AFFIRMED.**

**KITTREDGE, HEARN and FEW, JJ., concur.  BEATTY, C.J., and JAMES, J., not participating.**